**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL T. AND CARTER P. DEHAVEN,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>NO. 1:23-cv-00216-MHC |

**STIPULATION OF DIMISSAL WITH PREJUDICE**

COME NOW Michael T. DeHaven and Carter P. DeHaven and Defendant State Farm Fire and Casualty Company (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), and hereby stipulate to the voluntary dismissal with prejudice of any and all claims asserted in this action. Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), all parties who have appeared in this action stipulate to the dismissal of this action with prejudice, including any and all claims asserted or that could be asserted in this action, as part of a settlement agreement reached by the Parties.

Respectfully submitted this 5th day of December, 2023.


*/s/ J.R. Hanks (signed with express permission by Alex A. Mikhalevsky)*
Jerald R. Hanks, Esq.
Georgia Bar No. 323470
Hanks Law Group, LLC
1380 West Paces Ferry Road
Suite 2265
Atlanta, GA 30327
Phone: (404) 892-1991
Fax: (404) 892-8180
jrhanks@hankslawgroup.com
*Attorney for Plaintiffs*

*/s/ Alex A. Mikhalevsky*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3052
Phone: (404) 874-8800
Fax: (404) 888-6199
alex.mikhalevsky@swiftcurrie.com
*Attorney for Defendant, State Farm Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2023, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using CM/ECF, which will automatically send email notification of such filing to the following attorney of record:

Jerald R. Hanks, Esq.
Hanks Law Group, LLC
1380 West Paces Ferry Road, Suite 2265
Atlanta, GA 30327
jrhanks@hankslawgroup.com
*Attorney for Plaintiffs*

*/s/ Alex A. Mikhalevsky*
Alex A. Mikhalevsky, Esq.
Georgia Bar No. 711188
alex.mikhalevsky@swiftcurrie.com
*Attorney for Defendant, State Farm Fire and Casualty Company*

4879-0925-2245, v. 1